UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Rodney Berry

                                  Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- ~~12169( )~~ 12169

Defendant **Rodney Berry** hereby voluntarily consents to participate in the following proceeding via  x   videoconferencing or  x   teleconferencing:

**X**    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

/s authorized electronic signature
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant).

**Rodney Berry**
Print Defendant's Name

_____
Defendant's Counsel's Signature

**Nathaniel Z. Marmur**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/07/2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge